



## MEMORANDUM OPINION

No. 04-12-00033-CV

**UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**,
Appellant

v.

Michelle **STEVENS**, Individually and as Next Friend of Kyra Stevens, A Minor,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-15439
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  July 25, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have reached a settlement. The motion is granted. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Costs of the appeal are taxed against appellant.

PER CURIAM